UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:10-0478 Judge Haynes/Bryant |
| DIRECTORS MORTGAGE, INC., | ) ) | **Jury Demand** |
| Defendants. | ) | |

### O R D E R

In this case removed to this Court from the Chancery Court of Williamson County, Tennessee, defendant has filed a demand for trial by jury (Docket Entry No. 4). Defendant also has demanded a jury in its answer (Docket Entry No. 7). Accordingly, any issue in this case triable of right by a jury shall be tried to a jury. Rule 38, Federal Rules of Civil Procedure.

The Clerk is directed to **TERMINATE** Docket Entry No. 4 as a pending motion.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge